# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

UNITED STATES OF AMERICA

DOCKET NO: 0 6 - 0 6 4

MAGIS. NO:

V.

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

**DWAYNE SIMMONS**

FILED

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WARRANT ISSUED ON THE BASIS OF:

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**CONSPIRACY TO COMMIT MAIL FRAUD;**

**MAIL FRAUD;**

**RECEIVING STOLEN PROPERTY.**

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF: **18 U.S.C. § 371; 18 U.S.C. § 1341; D.C. Code § 22-3232.**

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

ORDERED BY **JOHN M. FACCIOLA**
U.S. MAGISTRATE JUDGE

SIGNATURE (JUDGE/MAGISTRATE JUDGE)
John M Facciola

DATE ISSUED: 03/07/06

CLERK OF COURT: NANCY MAYER-WHITTINGTON

BY DEPUTY CLERK

DATE: 3/7/06

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3-4-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3-23-06 | SEAN McLEOD SDUSM | Sean McLeod |
| HIDTA CASE:    Yes    No | | OCDETF CASE:    Yes    No |