PRAECIPE

# United States District Court
## for the District of Columbia

**FILED**
MAR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __24th__ day of __March__ 20 ~~19~~ 06

United States
vs.
Dwayne Simmons

Civil / Criminal Action No. __06-064__

The Clerk of said Court will _enter the appearance of Dwight E. Crawley Esq., as counsel for the defendant, Dwayne Simmons._

---

__3/24/06__
Date

__472672__
BAR IDENTIFICATION NO.

Signature

__Dwight E. Crawley__
Print Name

__1655 N. Fort Myer Drive, Suite 700__
Address

__Arlington__, __VA__  __22209__
City      State    Zip Code

__(703) 786-4004__
Phone Number

**CERTIFICATE OF SERVICE**