**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 06-00064   (HHK) |
| v. : | |
| : | Violation:  18 U.S.C. § 371 |
| : | (Conspiracy to |
| : | Commit Mail Fraud) |
| DWAYNE SIMMONS, : | |
| : | **FILED** |
| Defendant. : | JUN 26 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |

**STATEMENT OF OFFENSE**

The United States and Dwayne Simmons agree that the following facts are true and correct:

Gateway Computers is a publicly held company that manufactures and distributes personal computers and related components. Gateway manufactured and distributed computers and components from a plant in Hampton, Virginia.

In 1999, while I was employed as a Shipping Supervisor, I learned that I could divert computers and peripheral components from the Gateway plant in Hampton, Virginia. Shortly thereafter, although I cannot remember the exact date, I began taking names and addresses from my long-time friend M.R. of individuals interested in purchasing stolen Gateway computers. M.R. would provide me the names on slips of paper when I would see him in person, or by telephone or by e-mail. Because of the computer system, I needed to involve someone with greater and more regular computer access than I had. I recruited A.D. I gave M.R.'s names and addresses to A.D. who would electronically arrange for shipment of the computers. I know that many of the stolen computers went to middle men, C.E., O.M. and A.J. I know that computers

-11-

were shipped from the Hampton plant to addresses in Washington, D.C., Maryland, New York, Massachusetts and South Carolina.

M.R. collected payment for the stolen computers from customers he developed and from C.E., O.M. and A.J. and he shared those proceeds with me and I shared them with A.D. Between March 22, 2001 and October 15, 2002, I made cash deposits totaling $38, 869.93. All of that money was from my portion from the illegal sale of Gateway computers. During the period of the conspiracy, I know that a complete Gateway computer system carried a retail value of between $1,500 [750] and $2,000 [1,000] and I participated in the illegal shipment of approximately 200 computers.

I agree under penalty of perjury that the foregoing facts are true and correct.

_____
Dwayne Simmons

-12-

I have read this plea agreement and have discussed it with my attorney Dwight E. Crawley, Esq. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 6/26/06

_____
Dwayne Simmons
Defendant

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely set forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: _____

_____
Dwight E. Crawley, Esquire
Attorney for the Defendant