UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : |
| | : Criminal No.: 06-0064-01 (HHK) |
| **DWAYNE SIMMONS** | : |
| | : Sentencing: March 20, 2007 |
| **Defendant.** | : |

### O R D E R

Upon consideration of the government's motion, it is this _____ day of _____, 2007, hereby

ORDERED that: pursuant to the United States Sentencing Guideline, Section 5K1.1, Substantial Assistance, the government's motion with respect to defendant Dwayne Simmons, giving him a five (5) point reduction in his offense level, shall be granted.

_____
UNITED STATES DISTRICT JUDGE

cc:   ROY L. AUSTIN, JR.
      Assistant United States Attorney
      Fraud and Public Corruption Section
      CA Bar #211491
      555 Fourth Street, N.W., Room 5239
      Washington, D.C. 20530
      (202) 514-7566

      DWIGHT E. CRAWLEY
      Attorney for Dwayne Simmons
      1655 N. Fort Meyer Drive
      Suite 700
      Arlington, VA 22209
      (703) 786-4004