HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-064-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| SIMMONS, Dwayne | : | Disclosure Date: <u>November 7, 2006</u> |

**FILED**
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

(✓)   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  3/20/07          _____  3/20/07
**Defendant**                  **Date**                  **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 22, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Acting Chief
United States Probation Officer