| PROB 22-DC (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* CR 06-064-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:08cr18 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Dwayne Simmons | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Henry H. Kennedy, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM March 20, 2007 — TO March 19, 2012 |

FILED
MAR 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OFFENSE

Conspiracy to Commit Crimes Against the United States

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/21/08
Date

_/s/ Henry H. Kennedy, Jr._
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/28/08
Effective Date

United States District Judge